371 A.2d 507
Commonwealth v. John Hall, Appellant.

Argued September 2, 1976. Daniel-Paul Alva, for appellant; Jane Cutler Greenspan, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 508
Commonwealth v. Phillip Hall, Appellant.

Argued September 20, 1976. Stephen Robert LaCheen, for appellant; Jane Cutler Greenspan, Assistant District Attorney, with her F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.